# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **HERTZ INVESTMENT GROUP L L C ET AL** | **CASE NO. 2:21-CV-00482** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ZURICH AMERICAN INSURANCE CO ET AL** | **MAGISTRATE JUDGE KAY** |

## ORDER

Before the Court is a "Motion to Remand" (Doc. 14) wherein Plaintiff Hertz Investment Group, LLC and Hertz Lake Charles One, LLC move to remand this matter to state court due to lack of diversity of citizenship. After conducting limited jurisdictional discovery, Defendants have moved to withdraw their opposition to the Motion to Remand and have filed a Consent Order to that effect.[1] Accordingly,

**IT IS ORDERED** that the Motion to Remand is hereby **GRANTED** and the matter is remanded to the Fourteenth Judicial District Court.

**THUS DONE AND SIGNED** in Chambers on this 12th day of July, 2021.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 36.